Timothy D. Ducar (9703)
**LAW OFFICES OF TIMOTHY D. DUCAR, PLC**
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
tducar@azlawyers.com
orders@azlawyers.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDA R. ESSMAKER, a resident of Idaho, | No. |
| Plaintiff, | **COMPLAINT** |
| -vs- | **JURY TRIAL DEMANDED** |
| ZWICKER & ASSOCIATES, P.C., | |
| Defendant. | |

Plaintiff Linda R. Essmaker ("Essmaker"), a resident of Idaho, by undersigned counsel, brings the following Complaint against Defendant Zwicker & Associates, P.C., and alleges as follows:

## JURISDICTION

1. This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA").

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

///

///

3. Venue is proper before this Court pursuant to 28 U.S.C. § 1391(b), where the acts and transactions giving rise to Plaintiff's action occurred in this district and/or where Defendant transacts business in this district.

## PARTIES

4. Plaintiff is an adult individual residing in Twin Falls, ID, and is a "person" as defined by 47 U.S.C. § 153(39).

5. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

6. Defendant is a Massachusetts Corporation and is a "person" as the term is defined by 47 U.S.C. § 153(39).

7. Defendant uses instrumentalities of interstate commerce or the mails in a business the principle purpose of which is the collection of debts and/or regularly collects or attempts to collect debts owed or asserted to be owed to another, and is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

## FACTS

8. Plaintiff's alleged obligation arises from a transaction in which property, services or money was acquired on credit primarily for personal, family or household purposes, is a "debt" as defined by 15 U.S.C. § 1692a(5).

9. At all times mentioned herein where Defendant communicated with any person via email, such communication was done via Defendant's agent, representative, or employee.

10. On or about Tuesday, March 28, 2017, at 12:14 P.M., Defendant emailed Century Law Firm ("Century"), with regard to Century's client Essmaker, in an attempt to collect the alleged debt.

11. In the email attached as Exhibit A, Defendant stated, "[t]his letter will confirm that our client, Discover Bank, has agreed to accept $4,024.00 (the 'agreed settlement amount') as settlement in full of the above-referenced account." The payment schedule set forth included 12 payments total, the first payment becoming due on or before March 30, 2017, and the last payment becoming due on or before February 28, 2018. The payment schedule can also be found in Exhibit A.

12. Plaintiff made all 12 payments as outlined in the payment schedule set forth in Exhibit A. Plaintiff's first payment occurred on March 29, 2017, for the sum of $1,000.00, and Plaintiff's last payment occurred on February 05, 2018, for the sum of $524.00. After making the first payment, Plaintiff made each of the next 11 payments nearly a full month before the due date. A screenshot of Plaintiff's payments complying with the settlement agreement is attached as Exhibit B.

13. Despite Plaintiff's payments fulfilling the settlement agreement, Defendant decided to file a wage garnishment. Defendant filed a Writ of Execution on July 05, 2018. A copy of the Writ of Execution is attached as Exhibit C.

14. Defendant's actions caused Plaintiff to suffer a significant amount of frustration and annoyance.

///

///

## ALLEGATIONS

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692, *et seq.*

15. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

16. The FDCPA was passed in order to protect consumers from the use of abusive, deceptive and unfair debt collection practices and in order to eliminate such practices.

17. Defendant attempted to collect a consumer debt from Plaintiff that was not owed by Plaintiff.

18. Defendant engaged in "communications" as defined by 15 U.S.C. § 1692a(2).

19. Defendant engaged in conduct, the natural consequence of which was to harass, oppress, or abuse Plaintiff, in connection with the collection of a debt, in violation of 15 U.S.C. § 1692d.

20. The foregoing acts and/or omissions of Defendant constitute violations of the FDCPA, including every one of the above-cited provisions.

21. Plaintiff was harmed and is entitled to damages as a result of Defendant's violations.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant for:

A. Actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

B. Statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A);

C. Costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3); and

D. Such other and further relief as may be just and proper.

DATED this 30th day of July, 2018.

                              LAW OFFICES OF TIMOTHY D. DUCAR, PLC

                              By_____
                              Timothy D. Ducar
                              8360 E. Raintree Drive, Suite 140
                              Scottsdale, AZ  85260
                              Attorneys for Plaintiff

# EXHIBIT A

**ZWICKER & ASSOCIATES, P.C.**
ATTORNEYS AT LAW

80 MINUTEMAN ROAD, ANDOVER, MASSACHUSETTS 01810-1008
Tel. (877) 846-5051   Fax (978) 686-3538

NY CITY AND YONKERS RESIDENTS ONLY CALL (877) 368-4531

| | |
|---|---|
| THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:<br><br>ALASKA<br>ARIZONA<br>CALIFORNIA<br>COLORADO<br>CONNECTICUT<br>FLORIDA<br>GEORGIA<br>IDAHO<br>ILLINOIS<br>INDIANA<br>KENTUCKY<br>MAINE<br>MARYLAND<br>MASSACHUSETTS<br>MICHIGAN<br>MINNESOTA<br>NEW JERSEY<br>NEW HAMPSHIRE<br>NEW YORK<br>NORTH CAROLINA<br>OHIO<br>OREGON<br>PENNSYLVANIA<br>RHODE ISLAND<br>SOUTH CAROLINA<br>TENNESSEE<br>TEXAS<br>VERMONT<br>VIRGINIA<br>WASHINGTON<br>WEST VIRGINIA<br>DISTRICT OF COLUMBIA | *Personal and Confidential*<br>CENTURY LAW FIRM<br>301 WEST BAY STREET SUITE 1465<br>JACKSONVILLE, FL 32202<br>Fax: 917-267-7160<br><br>Creditor: DISCOVER BANK<br>Your client: LINDA R ESSMAKER<br>Account number ending in 1666 [1,2,3,4] |

March 28, 2017

Balance: $5,029.88
File ID: 4922188

Dear CENTURY LAW FIRM:

This letter will confirm that our client, DISCOVER BANK, has agreed to accept $4,024.00 (the "agreed settlement amount") as settlement in full of the above-referenced account.

Please note that our client's acceptance of the agreed settlement amount is conditioned upon the receipt by this firm of each payment set forth in the payment schedule below on or before the date specified, and the successful negotiation of each payment. After this firm's timely receipt and successful negotiation of all of the payments set forth below, (1) we will advise our client that the account is settled in full; (2) if your client's account is in litigation and a judgment has not been awarded in our client's favor, we will file with the court a dismissal of that litigation; and (3) if a judgment has been awarded in our client's favor regarding your client's account, we will file with the court a satisfaction of that judgment and release any associated liens.

| Payment # | Payment due on or before | Amount of Payment | Payment # | Payment due on or before | Amount of Payment | Payment # | Payment due on or before | Amount of Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 3/30/2017 | $1000 | 5 | 7/30/2017 | $250 | 9 | 11/30/2017 | $250 |
| 2 | 4/30/2017 | $250 | 6 | 8/30/2017 | $250 | 10 | 12/30/2017 | $250 |
| 3 | 5/30/2017 | $250 | 7 | 9/30/2017 | $250 | 11 | 1/30/2018 | $250 |
| 4 | 6/30/2017 | $250 | 8 | 10/30/2017 | $250 | 12 | 2/28/2018 | $524 |

If each payment set forth above is not received by this firm on or before the date specified for that payment and successfully negotiated, this settlement offer may be withdrawn. If you have any questions or concerns, please contact your client's non-attorney account representative. Your client should understand and consider the terms of any settlement before agreeing to it.

Your client should note the following:

*Settling a debt for less than the balance owed may have tax consequences and Discover may file a 1099C form. We cannot provide your client with tax advice. If your client has any questions, Discover encourages them to consult a tax adviser of their choosing.*

Sincerely,

ZWICKER & ASSOCIATES, P.C.

1. This firm is a debt collector.
2. This firm is attempting to collect a debt and any information obtained will be used for that purpose.
3. Important notices appear on the back of this letter. Please read them as they may affect your rights.
4. Colorado residents: please read important notice on the back of this letter.

DISSIFAT

## IMPORTANT NOTICES

**OFFICE HOURS:** Monday through Thursday 8:00 AM – 9:00 PM, and Friday 8:00 AM – 7:00 PM. (All times are Eastern).

*We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.*

**California** – The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**California/Utah** - As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Colorado** - The following language is required by Colorado state law to be contained in the initial debt collection letter sent to Colorado residents:

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR. A CONSUMER HAS THE RIGHT TO REQUEST IN WRITING THAT A DEBT COLLECTOR OR COLLECTION AGENCY CEASE FURTHER COMMUNICATION WITH THE CONSUMER. A WRITTEN REQUEST TO CEASE COMMUNICATION WILL NOT PROHIBIT THE DEBT COLLECTOR OR COLLECTION AGENCY FROM TAKING ANY OTHER ACTION AUTHORIZED BY LAW TO COLLECT THE DEBT.

Colorado residents may contact our office by telephone at 800-370-2251 during the office hours stated above.

**Maine** – Maine residents may contact our office by telephone at 800-370-2251 during the office hours stated above.

**Massachusetts** – Massachusetts residents may contact our office by telephone at 800-370-2251 during the office hours stated above. The business address is: 80 Minuteman Road, Andover, Massachusetts 01810-1008. Massachusetts Law requires that we inform you:

### NOTICE OF IMPORTANT RIGHTS OF MASSACHUSETTS RESIDENTS

You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

To all consumers: Federal law or other state laws may also provide you with similar or even greater rights.

### Authorizing us by phone to set up payments on your account

If you and this firm agree that you can make a series of monthly payments on your account in specified amounts, you can authorize this firm by phone to initiate those payments electronically from your bank account. By (1) calling us at 800-370-2251 (NY City and Yonkers Residents Only Call 877-368-4531) or taking a call from us; (2) specifying the amounts and dates of payments which you would like to make; (3) identifying the bank account of yours which you wish to use to make the payments; and (4) electronically signing this Authorization, you authorize us to initiate payments from your account in the amounts and on the dates that you specify. You understand that your bank may charge you a fee for any unsuccessful payment and that we have no liability for any such fee. YOU ARE NOT REQUIRED TO ARRANGE FOR OR AUTHORIZE ANY PAYMENTS OF THIS TYPE. If you choose to provide this authorization, you can cancel it by calling us toll free at 877-220-6665 at least three business days before the day on which you want the cancellation to be effective.

New York City Department of Consumer Affairs License No. 2045431: 80 Minuteman Road, Andover, MA 01810
New York City Department of Consumer Affairs License No. 2045486: 2300 Litton Lane, Suite 200, Hebron, KY 41048

**EXHIBIT B**

Client Name: **Linda Essmaker**   Client ID: **2695**   Available Balance: **$532.42**
Show/Hide Summary

### Account Summary

Status: **Active**
Hold Type: **None**
Setup Date: **8/20/2016**
Affiliate: **Base Affiliate**

### Transaction Summary

Next Savings Draft: **$0.00**
Next Savings Date: **Not available**
Payments Made: **23 of 23**
Next Annual Fee: **9/24/2018**
View Upcoming Transactions

### Settlement Summary

# of Settlements: **4**
# of Installments Paid: **36 of 36**
Total Amount Paid: **$7,585.84**
Last Installment: **n/a**

Refresh   Show/Hide Notes

Contact Info | Payments | Banking Info | Savings | Settlement Info | Ledger

### Settlement Info

Select an account to filter the list (filters on Account # only): Show All ▼   Filter   Delete Checked

| | Due Date | Payee | Account # | Payment Type | Payment Amount | Addl. Fees | RAM Fee | Sent | Check Number | Date Sent | Date Cleared | Tracking |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| View | 3/29/2017 | ZWICKER & ASSOCIATES | 4922188 | RAM Check | $1,000.00 | $0.00 | $10.00 | Sent | 461131 (front) (back) | 3/28/2017 | 3/29/2017 | 1ZX14W101393470153 |
| View | 4/5/2017 | Zwicker and Associates PC | 4922188 | RAM Check | $250.00 | $0.00 | $10.00 | Sent | 463281 (front) (back) | 3/30/2017 | 4/3/2017 | 1ZX14W101393364296 |
| View | 5/5/2017 | Zwicker and Associates PC | 4922188 | RAM Check | $250.00 | $0.00 | $10.00 | Sent | 476035 (front) (back) | 4/28/2017 | 5/2/2017 | 1ZX14W101393050795 |
| View | 6/5/2017 | Zwicker and Associates PC | 4922188 | RAM Check | $250.00 | $0.00 | $10.00 | Sent | 489577 (front) (back) | 5/30/2017 | 6/1/2017 | |
| View | 7/5/2017 | Zwicker and Associates PC | 4922188 | RAM Check | $250.00 | $0.00 | $10.00 | Sent | 501761 (front) (back) | 6/28/2017 | 7/3/2017 | 1ZX14W101391422235 |
| View | 8/4/2017 | Zwicker and Associates PC | 4922188 | RAM Check | $250.00 | $0.00 | $10.00 | Sent | 519097 (front) (back) | 8/1/2017 | 8/3/2017 | 1ZX14W101393550398 |
| View | 9/5/2017 | Zwicker and Associates PC | 4922188 | RAM Check | $250.00 | $0.00 | $10.00 | Sent | 534966 (front) (back) | 8/31/2017 | 9/11/2017 | 1ZX14W101390143486 |
| View | 10/5/2017 | Zwicker and Associates PC | 4922188 | RAM Check | $250.00 | $0.00 | $10.00 | Sent | 933167 (front) (back) | 10/4/2017 | 10/10/2017 | 1ZX14W101395443081 |
| View | 11/3/2017 | Zwicker and Associates PC | 4922188 | RAM Check | $250.00 | $0.00 | $10.00 | Sent | 951404 (front) (back) | 11/1/2017 | 11/3/2017 | 1ZX14W101390209487 |
| View | 12/5/2017 | Zwicker and Associates PC | 4922188 | RAM Check | $250.00 | $0.00 | $10.00 | Sent | 971968 (front) (back) | 12/1/2017 | 12/5/2017 | 1ZX14W101398036597 |
| View | 1/5/2018 | Zwicker and Associates PC | 4922188 | RAM Check | $250.00 | $0.00 | $10.00 | Sent | 994310 (front) (back) | 1/4/2018 | 1/9/2018 | 1ZX14W101394404311 |
| View | 2/5/2018 | Zwicker and Associates PC | 4922188 | RAM Check | $524.00 | $0.00 | $10.00 | Sent | 1017620 (front) (back) | 2/2/2018 | 2/5/2018 | 1ZX14W101396037858 |

# **EXHIBIT C**

*att. Dmitriy*
*877-498-1345*

KR

AARON MCLELLAN      ISB# 9038
LORI ELROD          ISB# 9987
ZWICKER & ASSOCIATES, P.C.
A Law Firm Engaged in Debt Collection
12550 SE 93RD AVENUE
SUITE 430
CLACKAMAS, OR 97015
PHONE: (503)654-2050
FAX: (503)654-0345
TOLL FREE (877)204-9425
AMCLELLAN@ZWICKERPC.COM
Attorney For Plaintiff

IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT
OF THE STATE OF IDAHO, COUNTY OF TWIN FALLS

| | |
|---|---|
| DISCOVER BANK,<br>      Plaintiff,<br>vs.<br>LINDA R ESSMAKER,<br>      Defendant | Case No.: CV42-17-0457<br><br>WRIT OF EXECUTION<br>(Bank/Third Party) |

To: THE SHERIFF OF TWIN FALLS

WHEREAS, on 04/11/17, Plaintiff recovered a Judgment in the District Court of the FIFTH Judicial District of the State of Idaho, in and for the County of TWIN FALLS against LINDA R ESSMAKER for the sum of $5,275.38, together with interest thereon, from the date thereof at the Judgment rate of 0.000% until paid, together with accruing costs and disbursements as appears to us of record.

```
JUDGMENT..........................................................................$     5,275.38
Less Credit Since Judgment ................................................$    (3,774.00)
SUB-TOTAL.......................................................................$     1,501.38
```

WRIT OF EXECUTION
Page 1 of 2

Plus Cost Since Judgment ..................................................................$     0.00
Plus Interest Since Judgment Computed from 04/11/17 to 06/25/18
.........................................................................................................$     0.00

AMOUNTING TO THE TOTAL SUM OF ........................................$     1,501.38

AND WHEREAS, The Judgment is filed in the Clerk's Office of this Court, in the County of TWIN FALLS. The total sum as set out above is now, at the day of this Writ, actually due on said Judgment.

NOW, you, the said Sheriff, are hereby required to satisfy said Judgment, with interest as aforesaid, and costs and accruing costs, out of the personal property of said judgment debtor, or if sufficient personal property of said debtor cannot be found, then out of the real property belonging to the Defendant, and make return of this Writ within sixty (60) days after the receipt hereof, with what you have done explained therein.

Attest my hand and the seal of said Court this __5th__ day of __July__, 20__18__.



BY: _Toni Thompson_
Deputy Clerk

Writ of Execution
Page 2 of 2